IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CELLULAR COMMUNICATIONS EQUIPMENT LLC,<br><br>         Plaintiff,<br><br>v.<br><br>KYOCERA CORPORATION, et al.,<br><br>         Defendants. | Civil Action No. 6:15-cv-00049<br><br>JURY TRIAL DEMANDED |

**STIPULATED ORDER OF DISMISSAL WITHOUT PREJUDICE OF**
**DEFENDANTS KYOCERA CORPORATION AND KYOCERA INTERNATIONAL, INC.**

Before the Court is the Stipulation of Dismissal Without Prejudice as to Defendants Kyocera Corporation and Kyocera International, Inc. submitted by Plaintiff Cellular Communications Equipment LLC and Defendants Kyocera Corporation, Kyocera International, Inc., and Kyocera Communications, Inc.

Pursuant to stipulation of the parties (D.I. 30), it is hereby ordered that Kyocera Corporation and Kyocera International, Inc. are dismissed from this action without prejudice.

**So Ordered and Signed on this**

**Mar 23, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE